8-25-23

Devin McNair -vs- State of MS - County of Forrest

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 30 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

On grounds of civil action or dismissal of pending case.

I Devin McNair am writing in regards of illegal procedure of arrest by Hattiesburg Police Department. They gassed several times with spotlight profiling me and proceeded to stop me with no probable cause. They harassed me because I was a black man walking home at night. During the arrest H.P.D broke a bone in my hand, I have been to Southern Bone & Joint 8-3-23. I did not receive medical attention for my hand until 10 days after the incident. My due process and my rights were violated. This should have and/or should be grounds for a civil and/or federal lawsuit, pending the dismissal of this case. I want all of my charges dismissed and to be released.

Sincerely Submitted,

Devin McNair